

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

SCOTT ALLEN SLOANE,         )
    #21626                  )
                            )
        Plaintiff,          )       3:11-cv-00008-LRH-RAM
                            )
vs.                         )
STATE OF NEVADA, *et al.*,  )
                            )
        Defendants.         )
_____)

On March 28, 2011, plaintiff filed a motion to strike any defendant response and request for court to grant original motion (docket #10). Apparently, plaintiff filed this motion in an attempt to block defendants from filing an opposition to his motion for reconsideration of the screening order (docket #8). However, defendants filed no such opposition, and on April 6, 2011, the court denied plaintiff's motion for reconsideration (docket #11). Accordingly, plaintiff's motion to strike is denied as moot.

1         **IT IS THEREFORE ORDERED** that plaintiff's motion to strike any defendant
2 response and request for court to grant original motion (docket #10) is **DENIED**.
3         DATED: April 18, 2011.

                                            *[signature]*
                                  UNITED STATES MAGISTRATE JUDGE