UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

SCOTT SLOANE,

    Plaintiff,

vs.

STATE OF NEVADA, et al.,

    Defendants.

3:11-cv-00008-LRH (WGC)

**MINUTES OF THE COURT**

September 20, 2011

PRESENT:   THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   JENNIFER COTTER     REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

    Defendants have filed a Motion to Strike Plaintiff's "Stipulation Pertaining to Issues of Procedure and Evidence Presented as Fact in the Defendant's Reply (Doc. #21)." (Doc. #28). Defendants' Motion is well taken. as Plaintiff's "Stipulation" constitutes a sur-reply which is not permitted by Local Rule 7-2. Opposition to Attorney General's Answer to Complaint (Doc. #50). Defendants' Motion is well taken.

    Local Rule 7-2 provides for the filing of a motion, a response to a motion by an opposing party and a reply to a response to a motion. The Rule does not permit the filing of a sur-reply.

    Defendants' Motion to Strike (Doc. #29) is **GRANTED**. The Clerk shall **STRIKE** Plaintiff's "Stipulation Pertaining to Issues of Procedure and Evidence Presented as Fact in the Defendant's Reply" (Doc. #28) and **RETURN** the same to the Plaintiff.

    **IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By: /s/
Deputy Clerk