FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

SEP 2 0 2011

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| SCOTT SLOANE, ) | 3:11-cv-00008-LRH (WGC) |
| Plaintiff, ) | **MINUTES OF THE COURT** |
| vs. ) | September 20, 2011 |
| STATE OF NEVADA, et al., ) | |
| Defendants. ) | |

PRESENT:   <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   <u>JENNIFER COTTER</u>      REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S):  <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S):  <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

 Defendants have filed a Motion to Strike Plaintiff's "Stipulation Pertaining to Issues of Procedure and Evidence Presented as Fact in the Defendant's Reply (Doc. #21)." (Doc. #28). Defendants' Motion is well taken. as Plaintiff's "Stipulation" constitutes a sur-reply which is not permitted by Local Rule 7-2. Opposition to Attorney General's Answer to Complaint (Doc. #50). Defendants' Motion is well taken.

 Local Rule 7-2 provides for the filing of a motion, a response to a motion by an opposing party and a reply to a response to a motion. The Rule does not permit the filing of a sur-reply.

 Defendants' Motion to Strike (Doc. #29) is **GRANTED**. The Clerk shall **STRIKE** Plaintiff's "Stipulation Pertaining to Issues of Procedure and Evidence Presented as Fact in the Defendant's Reply" (Doc. #28) and **RETURN** the same to the Plaintiff.

 **IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:   /s/   _____
Deputy Clerk