# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| SCOTT ALLEN SLOANE, | ) | 3:11-cv-00008-LRH-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | |
| | ) | March 12, 2012 |
| STATE OF NEVADA, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:  <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  <u>    JENNIFER COTTER    </u>    REPORTER:  <u>NONE APPEARING    </u>

COUNSEL FOR PLAINTIFF(S):  <u>NONE APPEARING              </u>

COUNSEL FOR DEFENDANT(S):  <u>NONE APPEARING              </u>

**MINUTE ORDER IN CHAMBERS:**

Before the court is plaintiff's Motion Requesting Issuance of Summons to Defendant Thomas Prince (Doc. #56) which he filed in response to defendants' Notice that the Office of the Attorney General was not authorized to accept service on behalf of defendant Prince (Doc. #50) and in accordance with this court's Order (Doc. #47).

Good cause appearing,

**IT IS HEREBY ORDERED** that the Clerk shall issue a Summons for Defendant Thomas Prince and send the same to the U.S. Marshal with the address provided under seal. (Doc. #52.)

**IT IS FURTHER ORDERED** that the Clerk shall send to Plaintiff a USM-285 form, a copy of the Amended Complaint (Doc. #48), and a copy of this Order.

**IT IS FURTHER ORDERED** that Plaintiff shall have **twenty (20) days** from the date of entry of this Order within which to complete the USM-285 form and return it along with other necessary documents to the United States Marshal for service. After Plaintiff receives information from the Marshal regarding whether or not Defendant Prince has been served, Plaintiff shall file a Notice, forthwith, informing the court of the status of that service.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:  <u>      /s/                                </u>
　　　　Deputy Clerk