# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| SCOTT ALLEN SLOANE | ) | 3:11-cv-00008-LRH-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | August 14, 2012 |
| | ) | |
| | ) | |
| STATE OF NEVADA, et. al., | ) | |
| Defendants. | ) | |
| _____ | ) | |

PRESENT:  <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   <u>KATIE LYNN OGDEN</u>   REPORTER:  <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S):  <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S):  <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

Before the court is plaintiff Scott Sloane's "Motion of Inquiry" (Doc. # 69).  In this motion, it appears that plaintiff is requesting information regarding the status of service of process on defendant Thomas Prince.   According to the Docket Sheet, a summons was issued as to Thomas Prince on March 12, 2012 (Doc. # 58) and he was served on June 24, 2012 (Doc. # 73; the return of service was executed and filed on July 23, 2012; *id.*).  Defendant Prince answered the amended complaint on July 30, 2012 (Doc. # 74).

Therefore, Plaintiff's motion (Doc. # 69) is **DENIED AS MOOT.**

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK


By: _____/s/_____
       Katie Lynn Ogden, Deputy Clerk