UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| SCOTT ALLEN SLOANE | ) | 3:11-cv-00008-LRH-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | August 14, 2012 |
| | ) | |
| STATE OF NEVADA, et. al., | ) | |
| Defendants. | ) | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KATIE LYNN OGDEN   REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is plaintiff Scott Sloane's "Motion of Inquiry" (Doc. # 69). In this motion, it appears that plaintiff is requesting information regarding the status of service of process on defendant Thomas Prince. According to the Docket Sheet, a summons was issued as to Thomas Prince on March 12, 2012 (Doc. # 58) and he was served on June 24, 2012 (Doc. # 73; the return of service was executed and filed on July 23, 2012; *id*.). Defendant Prince answered the amended complaint on July 30, 2012 (Doc. # 74).

Therefore, Plaintiff's motion (Doc. # 69) is **DENIED AS MOOT.**

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:         /s/
     Katie Lynn Ogden, Deputy Clerk