UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| SCOTT ALLEN SLOANE, | ) | 3:11-cv-00008-LRH-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF PROCEEDINGS** |
| | ) | |
| vs. | ) | February 27, 2013 |
| | ) | |
| STATE OF NEVADA, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

PRESENT:  <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   <u>  Katie Lynn Ogden  </u>   REPORTER:   <u>          FTR          </u>

COUNSEL FOR PLAINTIFF:   <u>  Scott Allen Sloane, In Pro Per (Telephonically)  </u>

COUNSEL FOR DEFENDANTS:   <u>  Brian W. Hagen, Esq. (Telephonically)  </u>

**MINUTES OF PROCEEDINGS: Motion Hearing**

1:35 p.m. Court Convenes.

In view of plaintiff's Motion for Relief from Dkt. 107 Order (Dkt. #108), the court and parties discuss the posture of this case to determine whether to stay the case as requested by plaintiff is his "Motion to Stay All Proceedings" (Dkt. #110) or to allow discovery to proceed, which plaintiff requested in his "Motion Requesting the Court to Issue a Discovery Schedule (Dkt. #100).

Plaintiff explains that he has requested a stay in discovery based, in part, awaiting the disposition of his motion for relief from District Judge Hick's Order (Dkt. #107), and, in part, to stay the deadline of the Proposed Joint Pre-Trial Order that District Judge Hick's directed parties to file within thirty (30) days from entry of his order adopting and accepting the Dkt. #95 Report and Recommendation (Dkt. #107).  Mr. Sloan informs the court that, should his motion for relief be denied, he anticipates to file a Notice of Appeal with Ninth Circuit Court of Appeals.

The court inquires whether any discovery has been accomplished at this time.  Mr. Sloan indicates that there has been no discovery whatsoever sought in this case.  Mr. Hagen confirms that he has not received any request for production of documents, interrogatories or request for admissions from plaintiff.

In light of the parties representation that no discovery has been accomplished or

MINUTES OF PROCEEDINGS
3:11-cv-00008-LRH-WGC
Date: February 27, 2013
Page 2

attempted at this time, the court is inclined to set forth discovery deadlines.  Therefore, plaintiff's Motion Requesting the Court to Issue a Discovery Schedule (Dkt. #100) is **GRANTED**.  The court notes that discovery will be constrained by what claims have survived the court's order adopting and accepting the report and recommendation (Dkt. #107); however, depending on the outcome of plaintiff's motion for reconsideration (Dkt. #108), this topic may need to be readdressed at a later time.  During the interim however, the discovery deadlines are as follows:

- Discovery Cut-Off deadline: May 31, 2013
- Motion/Stipulation to extend Discovery deadline: May 10, 2013
- Any additional Dispositive Motions deadline: June 21, 2013
- Proposed Joint Pretrial Order deadline: July 1, 2013

In light of the discovery deadlines being scheduled, plaintiff's Motion to Stay All Proceedings (Dkt. #110) is **DENIED as moot**.

1:52 p.m. Court Adjourns.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By: _____/s/_____
Katie Lynn Ogden, Deputy Clerk