## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| SCOTT SLOANE, ) | 3:11-cv-00008-LRH-WGC |
| ) | |
| Plaintiff, ) | **MINUTES OF THE COURT** |
| ) | |
| vs. ) | May 8, 2013 |
| ) | |
| STATE OF NEVADA, *et al.,* ) | |
| ) | |
| Defendants. ) | |
| ) | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  KATIE LYNN OGDEN    REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

On March 7, 2013, Plaintiff filed a Motion for Final Judgment. (Doc. # 113.) Subsequently, on March 21, 2013, Plaintiff filed a "Motion to Withdraw Motion for Final Judgment. (Doc. # 118.)

Good cause appearing, Plaintiff's Motion to Withdraw Motion for Final Judgment. (Doc. # 118) is **GRANTED.**  Plaintiff's Motion for Final Judgment (Doc. # 113) is therefore **DENIED as moot.**

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:        /s/
         Deputy Clerk