UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| SCOTT SLOANE, | ) | 3:11-cv-00008-LRH-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | August 1, 2013 |
| | ) | |
| STATE OF NEVADA, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  KATIE LYNN OGDEN    REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's motion to stay scheduled motions hearing. (Doc. # 144.) Plaintiff's rationale for seeking the stay is that he has filed a motion for sanctions (Doc. # 143) and wants to allow opposing counsel the opportunity to respond. (Doc. # 144 at 2.) Defendants have opposed Plaintiff's motion to stay, arguing that they have already responded to Plaintiff's motion for sanctions, which is confirmed by the docket. (Doc. # 146.)

Plaintiff's motion to stay (Doc. # 144) is **DENIED**; however, the hearing scheduled for August 8, 2013, at 9:30 a.m., will also address Plaintiff's Motion for Sanctions (Doc. #143).

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:   /s/
       Deputy Clerk